```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 04129
    TAMERIA N ROACH
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6840

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/22/2008 and was confirmed 04/16/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was converted to chapter 7 after confirmation 01/20/2009.
--------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 985.92 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 5849.32 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 10000.00 | .00 | 275.00 |
| US CELLULAR CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| RIVER PARK APARTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| OBERWISE DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| SULLIVAN URGENT AID CENT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATL BANK CHGO HEI | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF HINSDALE | UNSECURED | 350.00 | .00 | .00 |
| CITY OF COUNTRY CLUB HIL | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 1113.93 | .00 | .00 |
| SPRINT PCS | NOTICE ONLY | NOT FILED | .00 | .00 |
| US CELLULAR | NOTICE ONLY | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | 10407.47 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 15465.06 | .00 | .00 |
| ECMC | UNSECURED | 6315.80 | .00 | .00 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 6.33 | .00 | 6.33 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 3,500.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 911.20 |
| DEBTOR REFUND | REFUND | | | .00 |

```
         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
```

PAGE 1 - CONTINUED ON NEXT PAGE

CASE NO. 08 B 04129 TAMERIA N ROACH

```
------------------------------------------------------------------------------
TRUSTEE                                        11,600.00

PRIORITY                                                              6.33
SECURED                                                          10,682.47
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                911.20
DEBTOR REFUND                                                          .00
                                           ---------------    ---------------
TOTALS                                         11,600.00         11,600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 03/17/09                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
       CASE NO. 08 B 04129 TAMERIA N ROACH